Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JONNA RAE GURWELL

CASE NO: 14-70088-HDH-13
HEARING DATE:  5/14/2014
HEARING TIME:   10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 5/14/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 5/14/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    4/2/2014

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  4/2/2014    /s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

```
AD ASTRA REC 8918 W 21ST ST N SUITE 200 MAILBOX 112 WICHITA KS 67205
BANK OF AMERICA 4800 NE 4TH ST  RENTON WA 98059
BANK OF AMERICA ATTENTION RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENSBORO NC 27410
BANK OF AMERICA PO BOX 982235  EL PASO TX 79998
BANK OF AMERICA PO BOX 982238  EL PASO TX 79998
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CASHMAX 1145 S FM 51  DECATUR TX 76234
CASHNETUSA.COM 200 W JACKSON BLVD 4TH FLOOR  CHICAGO IL 60606
CHASE MANHATTAN MORTGAGE ATTN: BANKRUPTCY DEPT 3415 VISION DR COLUMBUS OH 43219
CHASE PO BOX 15298  WILMINGTON DE 19850
CHECK N GO 2115 HWY 16 S  GRAHAM TX 76450
COMENITY BANK/CATHRINS PO BOX 182789  COLUMBUS OH 43218
EXECUTIVE SERVICES EXECUTIVE SERVICES PO BOX 2248 WICHITA FALLS TX 76307
FIRST PREMIER BANK PO BOX 5147  SIOUX FALLS SD 57117
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JACK COUNTY APPRAISAL DISTRICT PO BOX 958  JACKSBORO TX 76458
JONNA RAE GURWELL PO BOX 513  BRYSON TX 76427
MED BUSINESS BUREAU 1460 RENAISSANCE DR  PARK RIDGE IL 60068
MIDLAND FUNDING 8875 AERO DR STE 200  SAN DIEGO CA 92123
MOHELA/DEPT OF EDUCATION 633 SPRINT DR  CHESTERFIELD MO 63005
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PORTFOLIO RECOVERY ATTN: BANKRUPTCY PO BOX 41067 NORFOLK VA 23541
PURPLE PAYDAY LOAN COTTAGE STREET MILL MCCLESFIELD CHESHIRE SK 11802
SANTANDER CONSUMER USA 8585 N STEMMONS FWY STE 1100-N  DALLAS TX 75247
SECURITY FINANCE 600 OAK ST  GRAHAM TX 76450
SECURITY FINANCE CENTRAL BANKRUPTCY PO BOX 1893  SPARTANBURG SC 29304
SECURITY FINANCE PO BOX 1893  SPARTANBURG SC 29304
SPEEDY CASH 3527 N RIDGE RD  WICHITA KS 67205
THE CASH STORE 2110 HWY 16 SOUTH  GRAHAM TX 76450
UNITED REVENUE CORP 5201 INDIANA AVE STE 200 N  LUBBOCK TX 79413
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEB CASH 3175 COMMERCIAL AVE STE 201  NORTHBROOK IL 60062
```